UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2019
David J. Bradley, Clerk

Julian Gonzales, et al., §
§
Plaintiffs, §
§
versus § Civil Action H-18-4348
§
Wilmington Savings Fund Society, et al., §
§
Defendants. §

## Opinion on Summary Judgment

Julian Gonzales and Jose Reyes have failed to plead a legal theory supported by their facts. Their failure to respond to Wilmington Savings Fund Society's motion for summary judgment implicitly concedes this.

Gonzales and Reyes filed this lawsuit to challenge Wilmington's foreclosure of Gonzales's house. Wilmington sold the house at a foreclosure sale on September 4, 2018. Gonzales received a temporary restraining order in state court, prolonging the inevitable.

Because Julian Gonzales and Jose Reyes have failed to rebut Wilmington Savings Fund Society's motion for summary judgment, they will lose. Wilmington Savings Fund Society may foreclose. This case is dismissed. (15)

Signed on April 4, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge